IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Richard M. Quilopras, | NO. C 05-04516 JW |
| Petitioner, | **JUDGMENT** |
| v. | |
| James A. Yates, Warden, | |
| Respondent. | |

Pursuant to the Court's December 18, 2009 Order Denying Petition for Writ of Habeas Corpus, judgment is entered in favor of Respondent James A. Yates, against Petitioner Richard M. Quilopras.

The Clerk shall close this file.

Dated: December 18, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alison Minet Adams shark@rain.org
Gerald August Engler Gerald.Engler@doj.ca.gov
Jeremy Friedlander Jeremy.Friedlander@doj.ca.gov
Peggy S. Ruffra peggy.ruffra@doj.ca.gov

**Dated: December 18, 2009**  **Richard W. Wieking, Clerk**

**By: /s/ JW Chambers**
  **Elizabeth Garcia**
  **Courtroom Deputy**